UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand and fourteen,

Campbell
v.
Yu

STIPULATION
Docket Number: 14-2511cv

    The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 8/21/14

s/ Joseph P. Guglielmo
Attorney for Appellant

Scott+Scott, Attorneys at Law, LLP
Print Name and Firm

Date: 8/21/14

s/ Joshua S. Sohn
Attorney for Appellee

DLA Piper LLP (US)
Print Name and Firm